UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NICHOLAS R. PALUMBO,

                Petitioner,                          22 **CIVIL** 9919 (LGS)

      -against-                                   **JUDGMENT**

MARYANN VELLONE and
PARK AVENUE SECURITIES, LLC,
                Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Endorsed Order dated December 30, 2022, the Arbitration Award issued in FINRA Dispute Resolution No. 21-02035, dated September 29, 2022, in favor of the Petitioner, made by FINRA Arbitrators Alice E. Winkler, Fred S. Pieroni and Robert E. Riccobono (ECF No. 1(2)), is Confirmed. FINRA shall execute the Arbitrators' expungement directive removing all references to Occurrence Number 2149579 from registration records maintained by the Central Registration Depository for Mr. Palumbo (CRD Number 1069948); accordingly, the case is closed.

**Dated**: New York, New York
       December 30, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                                   **BY:**      *K. Mango*
                                                        **Deputy Clerk**